IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY CANTRELL, #141 769, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-550-TMH |
| ) | [wo] |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On September 18, 2013, the Magistrate Judge filed a Recommendation in which the court denied the plaintiff's Motion for Class Certification.  (Doc. No. 16).  On October 7, 2013, this court also entered a Recommendation to grant the defendants' Motion to Dismiss and deny the Plaintiff's Motion to Dismiss as moot.  (Doc. No. 28).  The court recommended dismissing the case as moot because the action was filed by the plaintiff in order to be restored to eligibility for consideration for parole.   The Magistrate Judge concluded there is no longer a case or controversy to litigate and the case is due to be dismissed as moot.  No objections have been filed to the Recommendation of the Magistrate Judge.  Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

(1) The Recommendations of the Magistrate Judge be and are hereby ADOPTED.  (Doc. No. 16 & 28).

(2) The Plaintiff's Motion for Class Certification be DENIED.  (Doc. No. 1).

(3) The Defendants' Motion to Dismiss the complaint as Moot be GRANTED.  (Doc. No. 23).

(4) The Plaintiff's Motion to Dismiss be DENIED as moot.  (Doc. No. 25).

(5) This case be DISMISSED as moot and no costs be taxed herein.

DONE this 1st day of November, 2013.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE